IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 4:15-CV-160-D

| | |
|---|---|
| JACQUELINE MENARD, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

For good cause shown on the parties' joint motion to stay the Court's order for a discovery plan pending the Court's ruling on Defendant's motion to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(1), it is hereby

ORDERED that the Court's order for a discovery plan is stayed pending further ruling from this Court.

This **22** day of February, 2016.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge