UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

STEPHEN MENARD and )
JACQUELINE MENARD )
        Plaintiffs, ) **JUDGMENT IN A CIVIL CASE**
) **CASE NO. 4:15-CV-160-D**
)
V. )
)
UNITED STATES OF AMERICA, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS the government's motion to dismiss for lack of subject-matter jurisdiction [D.E. 9] and DISMISSES the complaint for lack of subject-matter jurisdiction.

**This Judgment Filed and Entered on August 10, 2016, and Copies To:**

John Felix Green, II          (via CM/ECF Notice of Electronic Filing)

Christopher M. Anderson          (via CM/ECF Notice of Electronic Filing)

DATE:          JULIE RICHARDS JOHNSTON, CLERK

August 10, 2016          (By) /s/ Nicole Briggeman
         Deputy Clerk